## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOANN GIRTMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-4097-JPG** |
| ) | |
| **SOUTHERN ILLINOIS HOSPITAL** ) | |
| **SERVICES EMPLOYEE BENEFIT** ) | |
| **PLAN,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED WITH PREJUDICE.** Each party to bear its own costs.

**NORBERT G. JAWORSKI, CLERK**

<u>April 30, 2007</u>          By:s/Deborah Agans, Deputy Clerk

Approved: <u>s/ J. Phil Gilbert</u>          EOD 4/30/07
      *District Judge*